# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA LITTLE, | : | |
| | : | |
| Plaintiff, | : | No.: 1:11-CV-01804 |
| | : | |
| v. | : | |
| | : | |
| THE CHAMBERSBURG HOSPITAL, | : | Hon. John E. Jones III |
| | : | |
| Defendant. | : | |

## ORDER

March 28, 2012

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Defendant's Motion to Dismiss (Doc. 13) is **GRANTED** in its entirety.

2. The Plaintiff's First Amended Civil Action Complaint (Doc. 8) is **DISMISSED** with prejudice.

3. The Clerk of Court is directed to **CLOSE** the file on this case.

        /s John E. Jones III
John E. Jones III
United States District Judge